UNITED STATES BANKRUPTCY COURT
NORTHERN DISTICT OF TEXAS

FILED
JAN 19 2022
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>James Varga | §§§§ | |
| Debtor(s) | § | Case No.: 21-41656-elm7<br>Chapter No.: 7 |
| Mary Frosto et al. | §§ | |
| Plaintiff(s) | § | Adversary No.: 21-04079-elm |
| vs. | §§§ | |
| James Varga III | §§ | |
| Defendant(s) | § | |

### DEFENDANT'S GENERAL DENIAL

To the Court and All Parties:

I am writing this letter to inform you that I am not represented by counsel in this adversarial proceeding. I am representing myself, Pro Se, in this adversary proceedings. As Defendant/Debtor, I deny each and every allegation of Plaintiff's adversary complaint, and demand strict proof thereof as required by the Federal Rules of Civil Procedure.

Sincerely,

*/s/ James Varga III*
James Varga III

CERTIFICATE OF SERVICE

I certify that on January 18, 2022 a copy of this document was served on all counsel of record via **electronic eservice.**

*/s/ James Varga III*
James Varga III

DEFENDANT'S GENERAL DENIAL                         Page 1 of 1